UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., AND KILGORE VIDEO, INC.,<br><br>                            Defendants. | Case No. 2:11-CV-30-TJW |

**DEFENDANTS COMCAST CABLE COMMUNICATIONS, LLC
AND COMCAST OF HOUSTON, LLC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1(a):

      Defendant Comcast Cable Communications, LLC discloses that it is a wholly-owned indirect subsidiary of Comcast Corporation.

      Defendant Comcast of Houston, LLC discloses that it is a majority-owned and controlled indirect subsidiary of Comcast Cable Communications, LLC.

| | |
|---|---|
| Dated:  May 23, 2011. | Respectfully submitted:<br><br>/s/ Deron R. Dacus<br>Deron R. Dacus<br>Texas State Bar No. 00790553<br>derond@rameyflock.com<br>Ramey & Flock<br>100 East Ferguson, Suite 500<br>Tyler, Texas 75702<br>Telephone:  (903) 597-3301<br>Facsimile:  (903) 597-2413<br><br>Brian L. Ferrall<br>bferrall@kvn.com<br>Leo L. Lam<br>llam@kvn.com<br>Ryan Wong<br>rwong@kvn.com<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>Attorneys for Defendants<br>COMCAST CORPORATION,<br>COMCAST CABLE<br>COMMUNICATIONS, LLC, and<br>COMCAST OF HOUSTON, LLC |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by fax on this the 23rd day of May, 2011.

/s/ Deron R. Dacus
Deron R. Dacus