UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 2:11-CV-30-DF |
| v. | |
| COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., and KILGORE VIDEO, INC., | Judge: Hon. David Folsom |
| Defendants. | |

## [PROPOSED] ORDER DISMISSING COMCAST CORPORATION

Pursuant to the Unopposed Motion to Dismiss Comcast Corporation filed by Defendants

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast of Houston, LLC, and

the Stipulation attached as Exhibit A thereto, Comcast Corporation is hereby dismissed from this

action without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 28th day of February, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

629983.01