UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., and KILGORE VIDEO, INC.,<br><br>                    Defendants. | Case No. 2:11-CV-30-MHS<br><br>Judge:     Hon. Michael H. Schneider |

## COMCAST'S NOTICE OF COMPLIANCE

Defendants, Comcast Cable Communications, LLC and Comcast of Houston, LLC ("Comcast") hereby notify the Court that, pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling and Discovery Order, its Initial Disclosures were served on all known counsel of record via electronic mail.

646540

DATED:  December 4, 2012

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
ddacus@dacusfirm.com
Texas State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Telephone & Fax:  (903) 705-1117

Brian L. Ferrall
bferrall@kvn.com
Leo L. Lam
llam@kvn.com
Ryan K. Wong
rwong@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
COMCAST CABLE
COMMUNICATIONS, LLC and
COMCAST OF HOUSTON, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of December, 2012, all counsel of record have been served a copy of the foregoing via email service.

*/s/ Deron R. Dacus*
Deron R. Dacus

646540

1