UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., AND KILGORE VIDEO, INC.,<br><br>        Defendants. | Case No. 2:11-CV-30-MHS-CMC<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF COMPLIANCE WITH PATENT RULE 4-2

  COME NOW Defendants Comcast Cable Communications, LLC and Comcast of Houston, LLC (collectively "Comcast") and notify the Court and all parties of record that Comcast complied with the requirements of Patent Rule 4-2.

Dated:  January 16, 2013         Respectfully submitted:

                     */s/ Deron R. Dacus*
                     Deron R. Dacus
                     Texas State Bar No. 00790553
                     The Dacus Firm, P.C.
                     821 ESE Loop 323, Suite 430
                     Tyler, TX  75701
                     903/705-1117 (phone & fax)
                     ddacus@dacusfirm.com

Brian L. Ferrall  
bferrall@kvn.com  
Leo L. Lam  
llam@kvn.com  
Ryan K. Wong  
rwong@kvn.com  
Daniel W. Gordon  
dgordon@kvn.com  
Keker & Van Nest LLP  
633 Battery Street  
San Francisco, CA  94111-1809  
Telephone:  (415) 391-5400  
Facsimile:  (415) 397-7188  

Attorneys for Defendants  
COMCAST CABLE  
COMMUNICATIONS, LLC, and  
COMCAST OF HOUSTON, LLC  

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 16, 2013, pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5(a)(3), a true and correct copy of the foregoing NOTICE OF COMPLIANCE WITH PATENT RULE 4-2 was served by electronic mail on all parties who have appeared in this action.

                */s/ Deron R. Dacus*
                Deron R. Dacus