UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC, <br><br>                *Plaintiff*, <br>v. <br><br>COMCAST CORPORATION, *et al.*, <br><br>                *Defendants*. | **Case No. 2:11-CV-30-JRG-RSP** |

**JOINT MOTION TO STAY ALL PROCEEDINGS AS TO DEFENDANTS LONGVIEW CABLE TELEVISION COMPANY, INC. AND KILGORE VIDEO, INC.**

Plaintiff C-Cation Technologies, LLC ("C-Cation Tech") and Defendants Longview Cable Television Company, Inc. and Kilgore Video, Inc. (collectively "the Moving Parties") have reached a settlement in principle. The Moving Parties expect to have a formal agreement prepared within 30 days. Accordingly, the Moving Parties hereby jointly move for an Order Staying All Proceedings as to Defendants Longview Cable Television Company, Inc. and Kilgore Video, Inc. while the parties finalize the settlement documents. The parties will jointly move to dismiss this action or otherwise update the Court on the status of settlement within 30 days.

| | |
|---|---|
| DATED: August 16, 2013 | Respectfully submitted, |
| | _/s/ Sam Baxter_____ |
| Of Counsel: | Sam Baxter |
| Lewis V. Popovski | Lead Attorney |
| lpopovski@kenyon.com | Texas State Bar No. 01938000 |
| Jeffrey S. Ginsberg | sbaxter@mckoolsmith.com |
| jginsberg@kenyon.com | **MCKOOL SMITH, P.C.** |
| Sheila Mortazavi | 104 East Houston, Suite 300 |
| smortazavi@kenyon.com | Marshall, Texas 75670 |
| Merri Moken | Telephone: (903) 923-9000 |
| mmoken@kenyon.com | Facsimile: (903) 923-9099 |
| David J. Kaplan | John F. Garvish, II |
| djkaplan@kenyon.com | Texas State Bar No. 24043681 |
| **KENYON & KENYON, LLP** | jgarvish@mckoolsmith.com |
| One Broadway | **MCKOOL SMITH, P.C.** |
| New York, NY 10004-1007 | 300 West Sixth Street, Suite 1700 |
| Telephone: (212) 425-7200 | Austin, Texas 78701 |
| Facsimile: (212) 425-5288 | Telephone: (512) 692-8700 |
| MCKOOL SMITH, P.C. | Facsimile: (512) 692-8744 |
| | ATTORNEYS FOR PLAINTIFF |
| | C-CATION TECHNOLOGIES, LLC |
| | |
| | _/s/ Charles Everingham IV_ (with permission)__ |
| | Charles Everingham IV (Lead Attorney) |
| | Texas State Bar No. 00787447 |
| | ceveringham@akingump.com |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 911 West Loop 281, Suite 412 |
| | Longview, TX 75604 |
| | Telephone: 903.297.7404 |
| | Facsimile: 903.297.7402 |
| | |
| | Iftikhar Ahmed |
| | Texas Bar No. 24064795 |
| | iahmed@akingump.com |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 1111 Louisiana Street, 44th Floor |
| | Houston, TX 77002 |
| | Telephone: 713.220.5800 |
| | Facsimile:  713.236.0822 |
| | ATTORNEYS FOR DEFENDANTS LONGVIEW |
| | CABLE TELEVISION COMPANY, INC. AND |
| | KILGORE |
| | VIDEO, INC. |

## CERTIFICATE OF SERVICE

       The undersigned certifies that on August 16, 2013, the foregoing document was electronically filed with the Court.   Pursuant to Local Rule CV-5, this constitutes service on all counsel of record.

                                               /s/ *John F. Garvish, II*
                                               John F. Garvish, II