# EXHIBIT A

## EXHIBIT A - C-Cation Tech's Witness List

C-Cation Tech will call the following witnesses to testify at trial:

1. Dr. Alexander Cheng
2. Mr. Angelo Guglielmo
3. Dr. Chris Heegard
4. Mr. Michael Wagner

C-Cation Tech may call the following witnesses to testify at trial by deposition:

1. Jerrold Dow
2. James Fox
3. Rodney Lanham
4. Kirill Abramov
5. Keith Hayes
6. Jill Heneghan
7. Jeffrey Mowdy
8. Kate Rowley
9. Michael Benner
10. Earle Iveson
11. John Vonk
12. Ernest Pighini
13. David Marcus
14. Dustin T.B. Hayes
15. Bruce Barker
16. Franklin Floyd
17. Varn Chavez

18. Patrick Dolohanty

19. Jeffrey Howe

20. Alon Bernstein

21. Franklyn Athias

For those witnesses outside the subpoena power of the Court, C-Cation Tech reserves the right to designate deposition testimony should that witness be unavailable to testify at trial.

C-Cation Tech reserves the right to call as a witness, either in person or by deposition transcript, any person designated on defendants' witness list.

C-Cation Tech reserves the right to call additional witnesses, either in person or by deposition transcript, for the purpose of impeachment and/or rebuttal.