# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-CV-00030-JRG-RSP<br><br>Judge:　　Hon. Rodney Gilstrap |

## **DEFENDANTS' TRIAL WITNESS LIST**

789873.01

Pursuant to the Court's Docket Control Order (Dkt. 226), Defendants Comcast Cable Communications, LLC, Comcast of Houston, LLC, Charter Communications, Inc., Cequel Communications, LLC d/b/a Suddenlink Communications, and Cable One, Inc. (collectively "Defendants") hereby identify the trial witnesses they will or may call live or by deposition.

Defendants' identification of witnesses is based on their assessment of the case at this time, without the benefit of the Court's rulings on various matters, including on summary judgment, *Daubert* challenges, and motions *in limine*.  Defendants also do not know the nature and/or scope of the testimony and evidence that C-Cation intends to present to support its claims and defenses.  Accordingly, Defendants reserve the right to modify, amend and/or supplement these disclosures based on case developments, including but not limited to the right to:  (1) not call some or all of the witnesses identified below; (2) call live or by deposition at trial any witness identified on the witness lists provided by C-Cation, as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which C-Cation objects (including but not limited to custodians of records); (3) disclose additional witnesses to testify live or by deposition; and/or (4) introduce deposition testimony as impeachment evidence.  Defendants further note that their identification of any witness herein is not an admission that the witness's testimony would be admissible if proffered by C-Cation.  Defendants reserve the right to cross-examine any witness called to testify by C-Cation, regardless of whether they are disclosed on this witness list, including without limitation by counter-designation of proffered deposition testimony.

## I. COMCAST WITNESSES

| Witness | Designation | | | |
| --- | --- | --- | --- | --- |
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Salinger, Jorge | X | | | |
| Barker, Bruce | | X | | |
| Sigman, Steve | | X | | |
| Garg, Amit | X | | | |
| Vonk, John | | X | | |
| Benner, Michael | | X | | |
| Hayes, Dustin | | X | | |
| Athias, Franklin | | X | | |

## II. CHARTER WITNESSES

| Witness | Designation | | | |
| --- | --- | --- | --- | --- |
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Hayes, Keith | X | | | |
| Mowdy, Jeffrey | | X | | |
| Heneghan, Jill | | X | | |
| Rowley, Kate | | X | | |
| Peterson, Matt | | X | | |
| Klocke, Kurt | | X | | |
| Backer, George | | X | | |
| Abramov, Kirill | | X | | |

## III. CABLE ONE WITNESSES

| Witness | Designation | | | |
| --- | --- | --- | --- | --- |
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Dolohanty, Patrick | | X | | |
| Fox, Steve | | X | | |

## IV. SUDDENLINK/CEQUEL WITNESSES

| Witness | Designation | | | |
| --- | --- | --- | --- | --- |
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Lanham, Rodney | | X | | |
| Fox, James | | X | | |

2

3

## V. THIRD PARTY WITNESSES

| Witness | Designation | | | |
|---|---|---|---|---|
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Zieroth, Lee | | X | | |
| White, Greg | X | | | |
| Torbet, Dan | | X | | |
| Chapman, John | X | | | |

## VI. ADVERSE PARTY WITNESSES

| Witness | Designation | | | |
|---|---|---|---|---|
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Cheng, Alexander | X | | | |
| Vitagliano, Aldo | | | X | |
| Guglielmo, Angelo | | X | | |
| Diefes, Gunther | | | | X |
| Kerklo, John | | | | X |
| Colombo, Robert | | | | X |
| Barry, Michael | | | | X |
| Adam, Steven | | | | X |

## VII. EXPERT WITNESSES

| Witness | Designation | | | |
|---|---|---|---|---|
| | Will Call Live | May Call Live | Will Call by Depo | May Call by Depo |
| Lipoff, Stuart | X | | | |
| Reddy, A.L. Narasimha | X | | | |
| Bakewell, Christopher | X | | | |

789873.01

Dated: November 6, 2013

Respectfully submitted:

*/s/ Daniel W. Gordon*
Daniel W. Gordon

Michael E Jones
SBN: 10929400
Allen F. Gardner
SBN: 2403679
POTTER MINTON
110 N. College
Tyler, Texas 75702
(903) 597-8311
mikejones@potterminton.com
allengardner@potterminton.com

Thomas L. Duston
Kevin D. Hogg
John R. Labbe
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300
tduston@marshallip.com
khogg@marshallip.com
jlabbe@marshallip.com
skalemeris@marshallip.com

Robert Van Nest
rvannest@kvn.com
Brian L. Ferrall
bferrall@kvn.com
Leo L. Lam
llam@kvn.com
Ryan K. Wong
rwong@kvn.com
Daniel W. Gordon
dgordon@kvn.com
Chris J. Young
cyoung@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Deron R. Dacus
Texas State Bar No. 00790553
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Attorneys for Defendants
COMCAST CORPORATION, COMCAST
CABLE COMMUNICATIONS, LLC, and
COMCAST OF HOUSTON, LLC

4

789873.01

Bradford P. Lyerla
JENNER & BLOCK
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
blyerla@jenner.com

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60602
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
kpadmanabhan@winston.com

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

BAKER BOTTS L.L.P.
Mitchell D. Lukin
Lead Attorney
State of Texas Bar No. 12678750
Robinson Vu
State of Texas Bar No. 24047046
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713-229-1733
Facsimile: 713-229-7733
mitch.lukin@bakerbotts.com
robinson.vu@bakerbotts.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
113 East Austin
Marshall, Texas 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620
E-mail: michaelsmith@siebman.com

Attorneys for Defendants
CABLE ONE, INC. and CEQUEL
COMMUNICATIONS, LLC dba
SUDDENLINK COMMUNICATIONS

789873.01

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 6, 2013, I served all counsel of record with a copy of this document via e-mail.

                   */s/ Daniel W. Gordon*
                   Daniel W. Gordon

789873.01