UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., AND KILGORE VIDEO, INC.,<br><br>                      Defendants. | Case No. 2:11-CV-30-JRG-RSP |

## ORDER OF DISMISSAL OF CERTAIN CLAIMS

In consideration of C-Cation Technologies, LLC's ("Plaintiff") and Defendants Comcast Cable Communications, LLC, Comcast of Houston, LLC, Cequel Communications, LLC, Cable One, Inc., and Charter Communications, Inc.'s (collectively, "Defendants") Joint Motion of Dismissal with Prejudice between Plaintiff and Defendants, it is ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiff arising out of or based upon claims 5, 6, 7, 10, and 12 of the patent-in-suit, U.S. Patent No. 5,563,883, are hereby dismissed with prejudice, and that all counterclaims of Defendants directed to claims 5, 6, 7, 10, and 12 of the patent-in-suit, U.S. Patent No. 5,563,883, but only to the extent directed to such claims, are dismissed without prejudice. This order shall not affect Defendants' counterclaims to the extent they are directed to claims that remain pending in this action.

**SIGNED this 19th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE