**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC,<br><br>     *Plaintiff*,<br><br> v.<br><br>COMCAST CORPORATION, CHARTER COMMUNICATIONS, INC., CEQUEL COMMUNICATIONS, LLC dba SUDDENLINK COMMUNICATIONS, CABLE ONE, INC., ALMEGA CABLE INC., LONGVIEW CABLE TELEVISION COMPANY, INC., AND KILGORE VIDEO, INC.<br><br>     *Defendants*. | Case No. 2:11-CV-30-JRG-RSP |

## UNOPPOSED MOTION TO STAY

  C-Cation Technologies, LLC (C-Cation) respectfully files this Unopposed Motion to Stay, in light of C-Cation's and Defendants Comcast Corporation, Charter Communications, Inc. Cequel Communications, LLC d/b/a Suddenlink Communications and Cable One, Inc., agreement to settle the parties' dispute. Accordingly, C-Cation requests that the Court order that this case be stayed for thirty (30) days pursuant to the parties' agreement in order to allow the parties time to execute the appropriate settlement and dismissal documents. Defendants agree to the relief sought in this Unopposed Motion to Stay.

Dated:   December 6, 2013                    Respectfully submitted,

   /s/ Sam Baxter
Lewis V. Popovski
Jeffrey S. Ginsberg
Sheila Mortazavi
Merri C. Moken
David J. Kaplan
Aaron J. Zakem
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Tel.: (212) 425-7200
Fax: (212) 425-5288
lpopovski@kenyon.com
jginsberg@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
djkaplan@kenyon.com
azakem@kenyon.com

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for C-Cation Technologies, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2013 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: Sam Baxter_____

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff's counsel confirmed with counsel for Defendants that they are not opposed to the relief requested herein.

/s/ Sam Baxter_____