# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC, §§§§§§§§§§ | |
| *Plaintiff,* | |
| v. | Case No. 2:11-CV-30-JRG-RSP |
| COMCAST CORPORATION, et al. *Defendants.* | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Before the Court is Plaintiff C-Cation Technologies, LLC ("C-Cation") and Defendants Comcast Cable Communications, LLC, Comcast of Houston, LLC (collectively "Comcast"), Charter Communications, Inc., Cequel Communications, LLC dba Suddenlink Communications, and Cable One, Inc. (collectively "Defendants") Agreed Motion To Dismiss With Prejudice C-Cation's claims against Defendants in the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the motion, the Court finds that it is well taken and it is hereby GRANTED, it is hereby ORDERED that all claims in this action between C-Cation and Defendants are hereby dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is hereby ORDERED to close this case.

**SIGNED this 21st day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE